ROSE M. PALMER and LILLIAN PALMER, Respondents, v. ROTARY REALTY COMPANY, INC., and Others, Appellants.— Motion denied, with ten dollars

costs. Plaintiffs' proper remedy is by motion at Special Term. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.